Warren V. Norred, TX Bar 24045094
Eggleston, Flowers & King, LLP
102 Houston Avenue
Fort Worth, Texas 76086
Telephone: 817-704-3984 (Arlington)
Telephone: 817-596-4200 (Weatherford)
Facsimile: 817-549-0161
ATTORNEY FOR ROGER AND MARCELLA BONNEMA

## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ARCHER DALE BONNEMA | § | CASE NO. 11-41606 |
| | § | CHAPTER NO.: 11 |
| DEBTOR | § | |
| | § | |

## EXHIBIT AND WITNESS LIST FOR
## MOTION FOR ORDER HOLDING DEBTOR IN CONTEMPT

TO THE HONORABLE JUDGE BRENDA T. RHOADES:

COME NOW ROGER AND MARCELLA BONNEMA, Movants in the above-styled and numbered case, and files this, their Exhibit and Witness List and as grounds therefore would respectfully show the Court as follows:

### WITNESSES

1. Chad Lampe

2. Jim Eggleston

3. Any witnesses designated by Debtor.

## EXHIBITS

1. Debtor's Motion to Employ Special Counsel, filed June 13, 2011.

2. Order on Debtor's Motion to Employ, filed August 2, 2011.

3. Defendants Archer D. Bonnema and Sherry Bonnema's First Amended Answer and Counterclaims in the 417th District Court, Collin County, Texas. Cause No. 417-01801-2011, *Marcella June Bonnema and Roger Bonnema v. Archer D. Bonnema and Sherry Bonemma*.

4. Suggestion of Bankruptcy, filed in Cause No. 417-01801-2011.

Respectively submitted,

*/s/ Warren V. Norred*

Warren V. Norred, TX Bar 24045094
Eggleston, Flowers & King, LLP
102 Houston Avenue
Fort Worth, Texas 76086
Telephone: 817.596.4200
Facsimile: 817.596.4269
ATTORNEY FOR ADAMS FAMILY IRREVOCABLE TRUST, ET AL.

## CERTIFICATE OF SERVICE

I certify that I have on this 14th day of September, 2011, served via ECF to Debtor and all parties in interest requesting documents in this case.

*/s/ Warren V. Norred*

Warren V. Norred, TX Bar 24045094