Joyce W. Lindauer
Attorney at Law
8140 Walnut Hill Lane
Suite 301
Dallas, Texas 75231
(972) 503-4033 Telephone
(972) 503-4034 Facsimile
Attorney for Archer Dale Bonnema

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| ARCHER DALE BONNEMA, | § | CASE NO: 11-41606 |
| DEBTOR. | § § | CHAPTER 11 |

EXHIBIT AND WITNESS LIST FOR
MOTION TO ALTER SUPPLEMENTAL ORDER
GRANTING DEBTOR'S MOTION TO SELL HOMESTEAD PROPERTY

TO THE HONORABLE BRENDA T. RHOADES, U.S. BANKRUPTCY JUDGE:

Comes now Archer Dale Bonnema, a debtor in the above styled and numbered bankruptcy case ("Bonnema") and files this his Exhibit and Witness List and as grounds therefore would respectfully show the Court as follows:

WITNESSES

Arch Bonnema

Sherry Bonnema

Jules Slim

Any witness designated by another party.

EXHIBITS

Schedules and Amended Schedules

Statement of Financial Affairs

Orders of this Court on Sale of Homestead and Supplemental Sale

Order of this Court Lifting the Stay

State Court Proceedings

Adversary Proceedings filed by Roger and Marcella Bonnema

Roger and Marcella Bonnema's Proof of Claim

Any exhibit designated by another party.

DATED: November 21, 2011.

Respectfully Submitted,

/s/ Joyce Lindauer
Joyce W. Lindauer
State Bar No. 21555700
Attorney at Law
8140 Walnut Hill Lane
Suite 301
Dallas, Texas 75231
(972) 503-4033 Telephone
(972) 503-4034 Facsimile

ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2011, a true and correct copy of the foregoing instrument was serviced by electronic filing to all persons receiving electronic notice.

/s/ Joyce Lindauer
Joyce W. Lindauer