**Joyce W. Lindauer**
**Attorney at Law**
**8140 Walnut Hill Lane**
**Suite 301**
**Dallas, Texas 75231**
**(972) 503-4033 Telephone**
**(972) 503-4034 Facsimile**
**Attorney for Archer Dale Bonnema**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ARCHER DALE BONNEMA, | § | CASE NO: 11-41606 |
| DEBTOR. | § | CHAPTER 11 |
| | § | |

### DEBTOR'S EXHIBIT AND WITNESS LIST

**TO THE HONORABLE BRENDA T. RHOADES, U.S. BANKRUPTCY JUDGE:**

COMES NOW Archer Dale Bonnema, Debtor in the above styled and numbered bankruptcy case ("Bonnema") and files this his Witness and Exhibit List for Confirmation hearing set for November 28, 2011 and would respectfully show the Court as follows:

### WITNESSES:

1. Archer Bonnema.

2. Sherry Bonnema.

3. Andrew Bergman.

4. Jay Gray.

5. Jules Slim.

6. Christopher Moser.

7. Any witness called or designated by any other party.

Bonnema reserves the right to introduce additional witnesses in rebuttal. Bonnema further reserves the right to supplement this witness list prior to the hearing.

### EXHIBITS:

1. Modification to First Plan of Reorganization.

2. Disclosure Statement for First Plan of Reorganization.

3. First Plan of Reorganization dated August 4, 2011.

4. Trust Agreement for the Bonnema Creditor Trust.

5. Pending Lawsuits brought on behalf of Archer Bonnema.

6. United States Trustee's Objection to Debtor's Plan of Reorganization.

7. Ballots for Accepting or Rejecting Plan of Reorganization proposed by Archer Bonnema.

8. Sale Orders.

9. Debtor's Schedules and Statement of Financial Affairs.

10. Amended Schedules.

11. Claims Register.

12. Monthly Operating Reports.

13. Any exhibits designated by any other party.

Bonnema reserves the right to introduce additional exhibits in rebuttal. Bonnema further reserves the right to supplement this exhibit list prior to the hearing.

Dated: November 22, 2011

Respectfully Submitted,

/s/ Joyce Lindauer
Joyce W. Lindauer
State Bar No. 21555700
Attorney at Law
8140 Walnut Hill Lane
Suite 301
Dallas, Texas 75231
(972) 503-4033 Telephone
(972) 503-4034 Facsimile

ATTORNEY FOR DEBTOR

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2011, a true and correct copy of the foregoing instrument was serviced by electronic filing to all persons receiving electronic notice.

/s/ Joyce Lindauer
Joyce W. Lindauer